# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

Nos. 08-1435/1826

_____

| | |
|---|---|
| Larry Jackson, | * |
| | * |
| Appellant, | * |
| | * |
| v. | *   Appeals from the United States |
| | *   District Court for the |
| Steve Long; Dave Dormire; Cornell, | *   Western District of Missouri. |
| Acting FUM; Dave Corum, Lt.; | * |
| Dittman, CCA, | *   [UNPUBLISHED] |
| | * |
| Appellees. | * |

_____

Submitted: January 6, 2009
Filed: January 20, 2009

_____

Before SMITH, HANSEN, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Larry Jackson appeals the district court's[1] orders dismissing his 42 U.S.C. § 1983 action, denying him leave to appeal in forma pauperis (IFP), and denying him appointment of counsel to pursue this appeal. We grant his pending motion to proceed IFP in this court, but note that the district court has already assessed and is

_____

[1]The Honorable Scott O. Wright, United States District Judge for the Western District of Missouri, adopting the report and recommendations of the Honorable William A. Knox, United States Magistrate Judge for the Western District of Missouri.

collecting the appellate filing fee, so no further assessment is necessary. We affirm the district court's orders for the reasons given by the court, <u>see</u> 8th Cir. R. 47A(a), and we deny Jackson's pending motion for appointment of counsel on appeal.

_____